# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,[1]<br><br>      Debtors. | Chapter 11<br>Case No. 12 -11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>      Plaintiff,<br>v.<br><br>AMERICAN MONEY MANAGEMENT CORP., OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P. and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>      Defendants. | Adv. Pro. No. 12-50947 (CSS) |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA ALLIANCE FUND II, L.P. and YUCAIPA |  |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057): QAT, Inc. (59-2876863): RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

| | |
|---|---|
| AMERICAN ALLIANCE (PARALLEL) FUND II, L.P. | ) ) ) |
| Counterclaim and Cross-Claim Plaintiffs, | ) ) ) ) |
| v. | ) ) ) |
| ALLIED SYSTEMS HOLDINGS, INC. | ) ) ) |
| Counterclaim Defendant, | ) ) ) |
| AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL - CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross-Claim Defendants. | ) ) |

**CROSS-CLAIM DEFENDANTS BDCM OPPORTUNITY FUND II, LP'S, BLACK DIAMOND CLO 2005-1 LTD'S AND SPECTRUM INVESTMENT PARTNERS LP'S MOTION TO DISMISS THE AMENDED CROSS-CLAIM IN ITS ENTIRETY**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012, BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD (together, "Black Diamond") and Spectrum Investment Partners LP ("Spectrum") (collectively, with Black Diamond, the "Petitioning Creditors"), by and through their undersigned counsel, hereby move this Court, for the reasons set forth in the *Memorandum of Law in Support of Cross-Claim Defendants BDCM Opportunity Fund II, LP's, Black Diamond CLO 2005-1 Ltd's and Spectrum Investment Partners LP's Motion to Dismiss the*

{935.001-W0024524.}                                    2

*Amended Cross-Claim in Its Entirety* (the "Memorandum of Law in Support") filed contemporaneously herewith, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012, for an order, in the form attached hereto as Exhibit A, dismissing in its entirety Yucaipa's Amended Cross-Claim for Declaratory Judgment and Other Relief (the "Cross-Claim") in the above-captioned adversary proceeding.

The grounds for this motion are set forth fully in the Memorandum of Law in Support, which is incorporated herein by reference.

Dated: January 25, 2013
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Robert J. Ward
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to the Petitioning Creditors*