# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>         Plaintiff,<br>v.<br><br>AMERICAN MONEY MANAGEMENT CORP., OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P. and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>         Defendants. | Adv. Pro. No. 12-50947 (CSS) |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA ALLIANCE FUND II, L.P. and YUCAIPA | |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057): QAT, Inc. (59-2876863): RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

{935.001-W0024524.}

| | |
|---|---|
| AMERICAN ALLIANCE (PARALLEL) FUND II, L.P. | ) ) ) |
| Counterclaim and Cross-Claim Plaintiffs, | ) ) ) ) |
| v. | ) ) ) |
| ALLIED SYSTEMS HOLDINGS, INC. | ) ) ) |
| Counterclaim Defendant, | ) ) ) |
| AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL - CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross-Claim Defendants. | ) ) ) |

### ORDER GRANTING CROSS-CLAIM DEFENDANTS BDCM OPPORTUNITY FUND II, LP'S, BLACK DIAMOND CLO 2005-1 LTD'S AND SPECTRUM INVESTMENT PARTNERS LP'S MOTION TO DISMISS THE AMENDED CROSS-CLAIM IN ITS ENTIRETY

Upon consideration of *Cross-Claim Defendants BDCM Opportunity Fund II, LP's, Black Diamond CLO 2005-1 Ltd's and Spectrum Investment Partners LP's Motion to Dismiss the Amended Cross-Claim in Its Entirety* (the "Motion"),[2] and the Court having jurisdiction to hear the Motion; and it appearing that sufficient notice of the Motion has been given; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief; it is hereby

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

ORDERED that relief requested in the Motion is GRANTED; and it is further

ORDERED that the Cross-Claim in the above-captioned adversary proceeding is hereby DISMISSED in its entirety with prejudice; and it is further

ORDERED that the Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this order.

Dated: _____, 2013
      Wilmington, Delaware

                                                 The Honorable Christopher S. Sontchi
                                                 United States Bankruptcy Judge