# **EXHIBIT C**

LATHAM & WATKINS LLP  
Robert A. Klyman (Bar #142723)  
Heather L. Fowler (Bar #251750)  
633 W. Fifth Street, Ste. 4000  
Los Angeles, CA 90071  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763  

Hearing: May 19, 2008 at 10:30 a.m.

*Counsel for Yucaipa American Alliance Fund I, LP*  
*and Yucaipa Alliance (Parallel) Fund I, LP*

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x  
: 
In re : Chapter 11  
 : 
Performance Transportation Services, Inc., *et al.*,[1] : Case No. 07-04746 (MJK)  
 : 
Debtors. : (Jointly Administered)  
---------------------------------------------------------------x  

**JOINDER OF YUCAIPA RE OBJECTION BY (A) THE DEBTORS AND (B) THE TEAMSTERS NATIONAL AUTOMOBILE TRANSPORTERS INDUSTRY NEGOTIATING COMMITTEE TO THE MOTION DEMANDING ESTABLISHMENT OF PLAN COMMITTEE OF INDEPENDENT DIRECTORS OF PERFORMANCE LOGISTICS GROUP, INC. FILED BY BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. AS AGENT FOR THE DEBTORS' POST-PETITION SECURED LENDERS AND FIRST PRIORITY PREPETITION SECURED LENDERS**

Yucaipa American Alliance Fund I, LP and Yucaipa Alliance (Parallel) Fund I, LP (collectively, "Yucaipa") hereby join in the objections (the "Objections") filed by the Debtors and the Teamsters National Automobile Transporters Industry Negotiating Committee to the Motion (the "Motion") Demanding Establishment of Plan Committee of Independent Directors.

---

[1] The debtors (collectively, the "Debtors") in these cases are the following fourteen entities: Performance Transportation Services, Inc.; Performance Logistics Group, Inc.; Automotive Logistics Corp.; Vehicle Logistics Associates, LLC; Logistics Computer Services, Inc.; Hadley Computer Services; PLG Leasing Corp.; HFS Investments, Inc.; Florida Leasco Company LLC; Hadley Auto Transport LLC; E. and L. Transport Company LLC; LAC Holding LLC; Transportation Releasing LLC; and Leaseway Motorcar Transport Company LLC.

LA\1858290.1

2

      For the reasons set forth in the Objections, Yucaipa respectfully requests that the Court deny the Motion.

Dated: May 12, 2008

                                Respectfully submitted,

                                Latham & Watkins LLP

                                /s/ Robert A. Klyman
                              Robert A. Klyman, CA#142723
                              633 W. Fifth Street, Ste. 4000
                              Los Angeles, CA 90071
                              Telephone: (213) 485-1234
                              Facsimile: (213) 891-8763
                              Robert.Klyman@lw.com