IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>Plaintiff,<br>v.<br><br>AMERICAN MONEY MANAGEMENT CORP., OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P. and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>Defendants. | Adv. Pro. No. 12-50947 (CSS) |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA ALLIANCE FUND II, L.P. and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057): QAT, Inc. (59-2876863): RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

{935.001-W0024931.}

|  |  |
|---|---|
| Counterclaim and Cross-Claim Plaintiffs, | ) ) |
| v. | ) ) |
| ALLIED SYSTEMS HOLDINGS, INC. | ) ) ) |
| Counterclaim Defendant, | ) ) ) |
| AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL - CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross-Claim Defendants. | ) ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, counsel to BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. and Spectrum Investment Partners, L.P. in the above referenced cases, and on the 21st day of February, 2013, she caused a copy of the following:

**Reply Memorandum of Law in Further Support of Cross-Claim Defendants BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. and Spectrum Investment Partners, L.P. Motion to Dismiss the Amended Cross-Claim in Its Entirety**
**[D.I. 117]**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 22nd day of February 2013.

_____
Notary Public

{935.001-W0024931.}    2    CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Nov. 5, 2016

Allied Systems Holdings
Adv. No. 12-50947
Service List
{935.001-W0023379.}

*Via Hand Delivery*
(Counsel to Debtors)
Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Marisa A. Terranova, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to the Committee of Unsecured Creditors)
William D. Sullivan, Esq.
William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to the Committee of Unsecured Creditors)
Michael G. Burke, Esq.
Nicholas K. Lagemann, Esq.
Brian J. Lohan, Esq.
Dennis Kao, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

*Via Hand Delivery*
(Counsel to Yucaipa)
John T. Dorsey, Esq.
Michael R. Nestor, Esq.
Donald J. Bowman, Jr., Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
Jeffrey W. Kelley, Esq.
Ezra H. Cohen, Esq.
Michael E. Johnson, Esq.
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, GA 30308

*Via First Class Mail*
(Counsel to the Committee of Unsecured Creditors)
Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via First Class Mail*
(Counsel to Yucaipa)
David E. Ross, Esq.
David E. Spalten, Esq.
Adam K. Grant, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*Via Hand Delivery*
The CIT Group/Business Credit, Inc.
c/o Duane Morris LLP
Attn: Richard W. Riley/Sommer L. Ross
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

*Via First Class Mail*
The CIT Group/Business Credit, Inc.
c/o Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Gary L. Kaplan/Carl I. Stapen
One New York Plaza
New York, NY 10004

*Via Hand Delivery*
(Counsel to Mark Gendregske)
Derek C. Abbott, Esq.
William M. Alleman, Jr., Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

*Via First Class Mail*
American Money Management Corp.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

*Via First Class Mail*
Avenue Capital Group
c/o National Corporation Research, Ltd.
615 S Dupont Hwy.
Dover, Delaware 19901

*Via First Class Mail*
(Counsel to Mark Gendregske)
Justin S. Antonipillai, Esq.
Ian S. Hoffman, Esq.
Arnold & Porter LLP
555 Twelfth St., NW
Washington, DC 20004

*Via First Class Mail*
(Counsel to Yucaipa)
Robert A. Klyman, Esq.
Russell F. Sauer, Jr., Esq.
Latham & Watkins LLP
355 S. Grand Avenue
Los Angeles, CA 90071

*Via First Class Mail*
(Counsel to Yucaipa)
Daniel A. Cohen, Esq.
Kasowitz Benson Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309