## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 22nd day of February, 2013, I caused copies of the foregoing document to be served upon the parties listed below via hand delivery (local) or facsimile and first class mail (out of town).

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Jeffrey Drobish, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899

Michael R. Nestor, Esq.
John T. Dorsey, Esq.
Donald J. Bowman, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19899-0035

Richard W. Riley, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Adam C. Harris, Esq.
Robert J. Ward, Esq.
Victoria A. Lepore, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
**Fax: (212) 593-5955**

Robert A. Klyman, Esq.
Glen B. Collyer, Esq.
Gregory O. Lunt, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
**Fax: (213) 891-8763**

Jeffrey W. Cavender, Esq.
Ezra Cohen, Esq.
Michael E. Johnson, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE Suite 5200
Atlanta, GA 30308-2216
**Fax: (404) 885-3900**

February 22, 2013
Date

/s/ William A. Hazeltine
William A. Hazeltine