IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS HOLDINGS, INC. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| ALLIED SYSTEMS HOLDING, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 12-50947 (CSS) |
| | : | |
| AMERICAN MONEY MANAGEMENT | : | |
| CORP., AVENUE CAPITAL GROUP, | : | Adv. Docket No.: 73 |
| BDCM OPPORTUNITY FUND, II, LP, | : | |
| BENNETT MANAGEMENT, BLACK | : | |
| DIAMOND CLO 2005-1 LTD., DEL | : | |
| MAR DISTRESSED OPPORTUNITIES | : | |
| MASTER FUND, MJX ASSET | : | |
| MANAGEMENT, LLC, PAR-FOUR | : | |
| INVESTEMENT MANAGEMENT, | : | |
| SPECTRUM INVESTMENT PARTNERS | : | |
| LP, TEAK HILL – CREDIT CAPITAL | : | |
| INVESTMENTS, LLC, THE CIT | : | |
| GROUP/BUSINESS CREDIT, INC., | : | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS, YUCAIPA | : | |
| AMERICAN ALLIANCE FUND II, | : | |
| L.P. and YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL)FUND II, L.P. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| YUCAIPA AMERICAN ALLIANCE | : | |
| FUND I, L.P., YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL FUND I, L.P., | : | |
| YUCAIPA AMERICAN ALLIANCE | : | |
| FUND, II, L.P., AND YUCAIPA | : | |
| AMERICAN ALLIANCE (PARALLEL) | : | |

FUND II, L.P.                                :
                                             :
            Counterclaim and                 :
            Cross-Claim Plaintiffs,          :
                                             :
v.                                           :
                                             :
ALLIED SYSTEMS HOLDING, INC.                 :
                                             :
            Counterclaim Defendant.          :
and                                          :
                                             :
AMERICAN MONEY MANAGEMENT                    :
CORP., AVENUE CAPITAL GROUP,                 :
BDCM OPPORTUNITY FUND II, LP,                :
BENNETT MANAGEMENT, BLACK                    :
DIAMOND CLO 2005-1TD., DEL MAR               :
DISTRESSED OPPORTUNITIES                     :
MASTER FUND, MJX ASSET                       :
MANAGEMENT, LLC, PAR-FOUR                    :
INVESTMENTS MANAGEMENT,                      :
SPECTRUM INVESTMENT                          :
PARTNERS LP, TEAK HILL – CREDIT              :
CAPITAL INVESTMENTS, LLC, THE                :
CIT GROUP/BUSINESS CREDIT, INC.,             :
THE OFFICIAL COMMITTEE OF                    :
UNSECURED CREDITORS,                         :
                                             :
            Cross-Claim Defendants.          :
                                             :

## ORDER

Upon consideration of the Cross-Claim Defendants BDCM Opportunity Fund II, LP's Black Diamond CLO 2005-2 Ltd's and Spectrum Investment Partners LP's Motion to Dismiss the Amended Cross Claim in its Entirety [Adv. Docket No. 73] filed on January 25, 2013; the Court having reviewed the Motion

and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on February 27, 2013 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motions and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the hearing, the Motion is granted with prejudice.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 27, 2013