# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                            Chapter:  11
ALLIED SYSTEMS HOLDINGS, INC., et al.,
     Debtor                              Bankruptcy No. 12−11564−CSS

_____

Allied Systems Holdings, Inc.

    Plaintiff                               Adversary No. 12−50947−CSS

    vs.

Bennett Management , et al.

    Defendant


### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2/27/13 was filed on 3/15/13 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/5/13 .

If a request for redaction is filed, the redacted transcript is due 4/15/13 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/13/13 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.


_____
              Clerk of Court

Date: 3/15/13


(ntc)