# Notice Recipients

District/Off: 0311−1     User: Leslie     Date Created: 3/15/2013
Case: 12−50947−CSS     Form ID: ntcAP     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     844 King Street, Room 2207     Lockbox #35     Wilmington, DE 19899−0035

TOTAL: 1