

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

August 27, 2018

**BY HAND DELIVERY AND ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
For the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)**
       <u>*ASHINC Corporation v. AMMC VIII, Limited, et al.*, **Adv. Proc. No. 12-50947 (CSS)**</u>

Dear Judge Sontchi:

  This firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee").[1] Counsel for the Related Adversary Proceedings have conferred — in connection with the above-referenced case — and we respectfully submit this joint status report pursuant to Your Honor's Order dated August 6, 2018 (ECF No. 314).

  As Your Honor is aware, on January 5, 2013, Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P. (collectively, "Yucaipa") filed an Amended Counterclaim against Plaintiff ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) ("Allied") and Cross-Claim against Defendants, including BDCM Opportunity Fund II, LP,

---

[1] This firm and Joseph Hage Aaronson LLC also represent the Trustee in the adversary proceedings before Your Honor captioned *Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 13-50530 (CSS) and *Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 14-50971 (together, the "**Related Adversary Proceedings**").

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Illinois
Minnesota  Nevada  New Jersey  New York  Pennsylvania  Texas  Washington

157820\00001\62291840.v1



The Honorable Christopher S. Sontchi
August 27, 2018
Page 2

Black Diamond CLO 2005-1 Ltd, and Spectrum Investment Partners LP (the "Petitioning Creditors") (ECF No. 65). On February 27, 2013, Your Honor granted the Petitioning Creditors' motion to dismiss Yucaipa's cross-claims and dismissed the cross-claims with prejudice in their entirety (ECF No. 139).

On March 31, 2016, the District of Delaware affirmed Your Honor's August 7, 2013, decision granting the Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lenders Under the First Lien Credit Agreement.[2] On March 23, 2017, the Third Circuit affirmed the judgment of the District Court.[3]

These decisions disposed of all issues in this Adversary Proceeding. However, Yucaipa's counterclaim against Allied remains pending as a technical matter. As such, Yucaipa respectfully requests that the Court permit it to voluntarily dismiss the counterclaim without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and that the Court enter a final judgment in Adversary Proceeding No. 12-50947 pursuant to Federal Rule of Civil Procedure 58(a) and (d) dismissing any remaining claims and closing the case. Counsel for the Related Adversary Proceedings will confer and submit a proposed final judgment within ten days of the date of this status report.

We are available at the Court's convenience should Your Honor have any questions, or should Your Honor prefer a different procedure for closing this action.

Respectfully,

*/s/ Seth A. Niederman*

Seth A. Niederman
DE Bar No. 4588

SAN:idd

cc (*via email*):
   Maurice M. Suh
   Kahn A. Scolnick
   Ian S. Hoffman

---

[2]   *In re Allied Sys. Holdings Inc*, 556 B.R. 581 (D. Del. 2016).

[3]   *In re ASHINC Corp.*, 683 F. App'x 131 (3d Cir. 2017).