# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564 (CSS) (Jointly Administered) |
| Debtors. | |
| ALLIED SYSTEMS HOLDINGS, INC., | Adversary Proceeding No. 12-50947 (CSS) |
| Plaintiff, | |
| v. | |
| AMMC VIII, LIMITED, AVENUE CAPITAL GROUP, BDCM OPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., | **Ref. Adv. Proc. D.I.: 1, 65, 73, 74, 139, 246, 247, 275, 315** |
| Defendants. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| |
|---|
| FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P ., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P. |
| Counterclaim and Cross-Claim Plaintiffs |
| v. |
| ASHINC CORPORATION (F/K/A ALLIED SYSTEMS HOLDINGS, INC.), |
| Counterclaim Defendant, |
| and |
| AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORUNITIES FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| Cross-Claim Defendants. |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER AND FINAL JUDGMENT**

The undersigned counsel to the above-captioned defendants ("Yucaipa")[2] hereby certifies as follows:

1. On October 18, 2012, Plaintiff ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) ("Allied") filed the Verified Complaint for Declaratory Judgment and Injunctive Relief [D.I. 1], seeking a declaratory judgment as to the validity and enforceability of the Fourth

---

[2] "Yucaipa" refers collectively to Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P., along with Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak.

Amendment to the First Lien Credit Agreement, and the identity of the Requisite Lender thereunder.

2. On January 5, 2013, Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P. (collectively, "Yucaipa") filed an Amended Counterclaim in the above-captioned adversary proceeding (the "Adversary Proceeding") against Allied and a Cross-Claim against Cross-Claim Defendants, including BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd, and Spectrum Investment Partners LP (the "Petitioning Creditors"). [D.I. 65].

3. On February 27, 2013, this Court granted the Petitioning Creditors' motion to dismiss Yucaipa's cross-claims [D.I. 73, 74] and dismissed the cross-claims with prejudice in their entirety. [D.I. 139].

4. On July 9, 2013, Petitioning Creditors filed a Motion for Summary Judgment [D.I. 246, 247], which was ultimately resolved in favor of the Petitioning Creditors. [D.I. 275]; *In re Allied Sys. Holdings Inc*, 556 B.R. 581 (D. Del. 2016); *In re ASHINC Corp.*, 683 F. App'x 131 (3d Cir. 2017).

5. Yucaipa's Amended Counterclaim against Allied, dated January 5, 2013 [D.I. 65], currently remains pending.

6. Yucaipa has agreed to voluntarily dismiss the counterclaim asserted against Allied without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and the parties respectfully request that the Court enter a final judgment in the Adversary Proceeding, in the proposed form attached hereto as Exhibit A, at its earliest convenience without further notice or a hearing.

Dated: September 6, 2018    YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:  */s/ Michael S. Neiburg*
Michael R. Nestor (No. 3526)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253
Email:          mnestor@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
RKlyman@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak*