# EXHIBIT A

**Proposed Order and Final Judgment**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.*,[1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br> (Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> AMMC VIII, LIMITED, AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., <br><br>                    Defendants. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) | Adversary Proceeding <br> No. 12-50947 (CSS) <br><br><br><br><br><br> **Ref. Adv. Proc. D.I.: 1, 65, 73, 74, 139, 246, 247, 275, 315** |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| |
|---|
| FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P ., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P. <br><br> Counterclaim and Cross-Claim Plaintiffs <br><br> v. <br><br> ASHINC CORPORATION (F/K/A ALLIED SYSTEMS HOLDINGS, INC.), <br><br> Counterclaim Defendant, <br><br> and <br><br> AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITIES FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <br><br> Cross-Claim Defendants. |

## PROPOSED ORDER AND FINAL JUDGMENT

On October 18, 2012, Plaintiff ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) ("Allied") filed the Verified Complaint for Declaratory Judgment and Injunctive Relief [D.I. 1], seeking a declaratory judgment as to the validity and enforceability of the Fourth Amendment to the First Lien Credit Agreement and the identity of the Requisite Lender thereunder.

On January 5, 2013, Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P. (collectively, "Yucaipa") filed an Amended

2

Counterclaim in the above-captioned adversary proceeding (the "Adversary Proceeding") against Allied and a Cross-Claim against Cross-Claim Defendants, including BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd, and Spectrum Investment Partners LP (the "Petitioning Creditors"). [D.I. 65].

On February 27, 2013, this Court granted the Petitioning Creditors' motion to dismiss Yucaipa's cross-claims [D.I. 73, 74] and dismissed the cross-claims with prejudice in their entirety. [D.I. 139].

On July 9, 2013, Petitioning Creditors filed a Motion for Summary Judgment [D.I. 246, 247], which was ultimately resolved in favor of the Petitioning Creditors. [D.I. 275]; *In re Allied Sys. Holdings Inc*, 556 B.R. 581 (D. Del. 2016); *In re ASHINC Corp.*, 683 F. App'x 131 (3d Cir. 2017).

Yucaipa's Amended Counterclaim against Allied, dated January 5, 2013 [D.I. 65], currently remains pending. Upon consideration of the Status Report filed August 27, 2018 in the above-captioned adversary proceeding [D.I. 315] and the Certification of Counsel filed September 6, 2018 [D.I. ___], both representing that Yucaipa wishes to voluntarily dismiss the counterclaim against Allied pursuant to Federal Rule of Civil Procedure 41(a), and that the parties wish the Court enter a final judgment in the Adversary Proceeding,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Yucaipa's counterclaim against Allied is DISMISSED without prejudice;
2. Any remaining claims are DISMISSED without prejudice; and
3. Insofar as all other issues raised in this Adversary Proceeding have been disposed of by the Court's prior orders, final judgment is hereby entered as to all issues in this Adversary Proceeding.

Dated: September ___, 2018
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE