

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

May 10, 2021

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re: ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)**
*ASHINC Corporation v. AMMC VIII, Limited, et al.*, **Adv. Proc. No. 12-50947 (CSS)**, *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 13-50530 (CSS) and** *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

    Together with Joseph Hage Aaronson LLC and Zaiger LLC, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings.  Pursuant to the Order dated June 25, 2020, we respectfully submit this status report on behalf of the Trustee. This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

    Fact discovery closed on July 26, 2019, and expert discovery closed on January 10, 2020. The parties each filed summary judgment motions on May 1, 2020, which were fully briefed on December 18, 2020.  Oral argument took place on February 4, 2021.  Following argument, the parties submitted supplemental letter briefing addressing the impact on the parties' cross-motions, if any, of Your Honor's decision in *In re Maxus Energy Corp.*, 2019 WL 647027

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

122589143.v1



Hon. Christopher S. Sontchi
May 10, 2021
Page 2

(Bankr. D. Del. Feb. 15, 2019) on February 19 and 23, 2021.  On May 4, 2021, Your Honor issued an Opinion and Order granting in part and denying in part each party's motion for summary judgment.  As directed in the Order, the parties are preparing a proposed form of judgment consistent with the Opinion and Order to be submitted within 14 days.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Seth A. Niederman*
Seth A. Niederman
DE Bar No. 4588

cc (*via email*):
Derek C. Abbott, Esq.
John C. Massaro, Esq.
Michael R. Nestor, Esq.
Michael S. Neiburg, Esq.
Robert A. Klyman, Esq.
David L. Buchbinder, Esq.
Maurice M. Suh, Esq.
Kahn A. Scolnick, Esq.
Ian S. Hoffman, Esq.

122589143.v1